THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY F. MORRONGEALLI, Appellant.— Judgement of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant of a violation of section 986 of the Penal Law, relating to poolselling, bookmaking, bets and wagers, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD E. SHERIDAN, True Name EDWARD S. SHERIDAN, Appellant.— Judgment of the County Court of Kings county convicting defendant of the crime of perjury in the first degree unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE SMALL, True Name GEORGE SMOLEN, Appellant.— Judgment of the County Court of Kings county, convicting defendant of the crime of kidnapping and assault in the second degree, and order denying his motion for a new trial, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DANIEL DONOVAN, Appellant, v. LEWIS E. LAWES, as Warden of Sing Sing Prison, Ossining, N. Y., Respondent. — Order dismissing writ of habeas corpus and remanding the relator to the custody of the Warden of Sing Sing Prison affirmed. No opinion. Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEDNEY FARM GOLF CLUB, INC., Respondent, v. WILLIAM J. WEISE, as Tax Assessor of the City of White Plains, N. Y., and GEORGE ZECHIEL, City Clerk of Said City, Appellants. THE PEOPLE OF THE STATE OF NEW YORK, ex rel. GEDNEY FARM GOLF CLUB, INC., Respondent, v. WILLIAM J. WEISE, as Tax Assessor of the City of White Plains, N. Y., Appellant.— Separate appeals by the tax assessor and the city clerk of the city of White Plains (a) from an order, entered at Special Term, confirming the report of a referee reducing the 1933 assessment for the year 1934 tax on the real property of the respondent, and (b) from the same order confirming the same report in the same proceeding, reducing the 1934 assessment for the 1935 tax on the same property. Order unanimously affirmed, with costs. Concededly, the assessments complained of were made by the assessor, influenced in a considerable degree because of representations to him that property of other golf clubs in the county of Westchester were assessed at higher values than respondent's property. No comparable sales and no market for property such as that of the respondent were shown. The referee considered the factual evidence and inspected the premises. The reductions suggested by him in his report in effect restored the assessed valuation of the respondent's property in 1929, in which year, appellants concede, real estate values in White Plains were at their peak preceding the depression. Appellants show no justification for the progressive increase in the assessed valuation of respondent's property since 1929. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.